UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK ALLMON )<br>R#12579-076 )<br>P.O. Box 8500 )<br>Florence, CO 81226, )<br>)<br>          Plaintiff )<br>   v. )<br>)<br>FEDERAL BUREAU OF PRISONS , )<br>320 First Street, N.W. )<br>Washington, D.C. 20534 )<br>)<br>U.S. MARSHALS SERVICE )<br>FOR EASTERN ARKANSAS )<br>600 W. Capitol Avenue )<br>Little Rock, AR 72201 )<br>)<br>          Defendants. )<br>) | Civil Action No.: 08-0314 (RMC) |

**NOTICE OF APPEARANCE**

     The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendants in the above-captioned case.

                                      Respectfully submitted,

                                      /s/ Harry B. Roback
                                      HARRY B. ROBACK (DC Bar # 485145)
                                      Assistant U.S. Attorney
                                      Civil Division
                                      501 Third Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 616-5309

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Derek Allmon**, by U.S. Postage addressed as follows:

DEREK ALLMON
R#12579-076
P.O. Box 8500
Florence, CO 81226

                                                /s/ Harry B. Roback
                                                HARRY B. ROBACK (DC Bar # 485145)
                                                Assistant U.S. Attorney
                                                Civil Division
                                                501 Third Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 616-5309