UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Derek I. Allmon,
Reg. No. 12579-076

    Plaintiff,

v.

Bureau of Prisons et al.,

    Defendants.

Civil Action No. 080314-RMC

*Leave to file
R.M. Collyer
4/2/08*

**RECEIVED**
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion To Amend Civil Action

Comes now plaintiff Derek Allmon, pro se of record respectfully moves the Court to amend civil action No. 080314 to include the U.S. Attorney Office for the Eastern District of Arkansas, and states as follows:

1. Though originally becoming aware of certain information within his files

(1)

in June 2006, it has recently come to plaintiff's attention that the U.S. Attorney's Office led a major role in violation of the Privacy Act against him.

2. Starting in 2005 till present, the agency willfully and intentionally initiated, entered and maintained false and incorrect information in plaintiff's files, with the sole purpose of inflicting emotional distress.

3. The U.S. Attorney Office proceeds to influence the Bureau of Prisons to maintain incorrect information in plaintiff's inmate files, and bestow adverse actions upon him.

4. Pursuant to 5 U.S.C. § 552a(e)(5), (g)(1)(C), and (g)(4) of the Privacy Act, the U.S. Attorney Office shall be held accountable for their actions and ordered to amend the incorrect records, as well as compensating plaintiff with money damages.

Wherefore, plaintiff prays that request for motion to amend civil action be granted.

Respectfully,

D. Isaac Allmon