UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>et al. )<br>)<br>    **Defendant.** )<br>) | Civil Action 08-314 (RMC) |

**MOTION TO EXTEND TIME FOR**
**DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the Federal Bureau of Prisons and the United States Marshals Service hereby move for a 14-day extension of time to respond to the pro se Plaintiff's complaint in this action. As the Defendants demonstrate below, good cause exists for this modest extension[1]

1. In the complaint, Plaintiff alleges that the Federal Bureau of Prisons and the United States Marshals Service have violated the Privacy Act by relying on erroneous information in determining his security threat level.

2. The Defendants' response to the complaint is currently due on May 5, 2008.

3. The Defendants and their counsel have been working diligently to assess the allegations made in Plaintiff's complaint and respond to those allegations. However, counsel for the Defendants need a modest extension to complete this process.

4. Plaintiff will not be prejudiced by this extension.

---

[1] Plaintiff is proceeding pro se and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

5. This is Defendants' first request for an extension.

A proposed order is attached.

                                        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
May 2, 2008                          Tel: 202-616-5309
harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Derek Allmon
#12579-076
P.O. Box 8500
Florence, CO 81226

                                      /s/
                                      Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-442 (RMC) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| et al. ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendants to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Federal Bureau of Prisons and the United States Marshals Service shall respond to the Complaint by May 19, 2008.

SO ORDERED.

Date: _____                             _____
                                                                                    United States District Judge