UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEREK I. ALLMON,                         :
                                          :
        Plaintiff,                    :
                                          :
v.                                        :   Civil Action No. 08-0314 (RMC)
                                          :
FEDERAL BUREAU OF PRISONS, *et al.*,      :
                                          :
        Defendants.                   :

**ORDER**

      This matter is before the Court on plaintiff's "Motion to Amend the Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure." The motion will be denied without prejudice.

      Generally, a plaintiff may amend his complaint once as a matter of course where, as here, no responsive pleading has yet been served. *See* Fed. R. Civ. P. 15(a). However, the amended pleading must comply with the Federal Rules of Civil Procedure and the local rules of this Court. To his motion for leave to file an amended pleading, a plaintiff must attach an original of the proposed pleading as amended. LCvR 7(*i*); LCvR 15.1. The caption of the proposed amended pleading must include the names and addresses of all the parties, LCvR 5.1(e), and the plaintiff "must state [his] claims [] in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Plaintiff may include any additional defendants, claims, counts, or demands for relief in an amended complaint.

      Accordingly, it is hereby

      ORDERED that plaintiff's "Motion to Amend Civil Action" [Dkt. #10] is DENIED

WITHOUT PREJUDICE to the filing of an amended pleading which conforms to the applicable Federal Rules of Civil Procedure and the local rules of this Court.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 5/5/08