UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action 08-314 (RMC) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| et al. ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO EXTEND TIME FOR
## DEFENDANTS TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), the Federal Bureau of Prisons and the United States Marshals Service hereby move for a 14-day extension of time to respond to the pro se Plaintiff's complaint in this action. As the Defendants demonstrate below, good cause exists for this modest extension[1]

1. In the complaint, Plaintiff alleges that the Federal Bureau of Prisons and the United States Marshals Service have violated the Privacy Act by relying on erroneous information in determining his security threat level.

2. The Defendants' response to the complaint is currently due on May 19, 2008.

3. The Defendants and their counsel have been working diligently to assess the allegations made in Plaintiff's complaint and respond to those allegations. However, counsel for the Defendants need a modest extension to complete this process. In particular, Defendants anticipate filing a dispositive motion in response to the Complaint.

---

[1] Plaintiff is proceeding pro se and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

4. Plaintiff will not be prejudiced by this extension.

5. This is Defendants' second request for an extension.

A proposed order is attached.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR , D.C. Bar # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/
                                        HARRY B. ROBACK, D.C. Bar # 485145
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530

May 16, 2008                        Tel: 202-616-5309
                                        harry.roback@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Derek Allmon
#12579-076
P.O. Box 8500
Florence, CO 81226

/s/
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-442 (RMC) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendants to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Federal Bureau of Prisons and the United States Marshals Service shall respond to the Complaint by June 2, 2008.

SO ORDERED.


Date: _____                     _____
                                             United States District Judge