UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>et al. )<br>)<br>**Defendants.** )<br>) | Civil Action 08-314 (RMC) |

**MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE
REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), the Federal Bureau of Prisons and the United States Marshals Service hereby move for an extension of time until August 1, 2008 to file a response to plaintiff's motion to stay consideration of their motion for summary judgment. As the Defendants demonstrate below, good cause exists for this modest extension[1]

1. The Defendants' response to the plaintiff's motion to stay consideration of their motion for summary judgment is currently due on July15, 2008.

2. Counsel for the Defendants needs a modest extension to respond to this motion because of briefs and discovery matters in several other cases, including *Blackmon-Malloy v. USCP*, 01-2221 (EGS), *Davis v. Walker*, 06-1002 (EGS), and *Delon v. United States*, 08-212 (PLF).

3. Plaintiff will not be prejudiced by this extension.

4. This is Defendants' first request for an extension.

---

[1] Plaintiff is proceeding pro se and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

A proposed order is attached.

        Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

July 14, 2008        Tel: 202-616-5309
harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Derek Allmon
#12579-076
P.O. Box 8500
Florence, CO 81226

                                      /s/
                                      Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK ALLMON** )<br>)<br>    **Plaintiff,** )<br>)<br>         v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>et al. )<br>)<br>    **Defendants.** )<br>) | Civil Action 08-442 (RMC) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendants to Respond to the Plaintiff's Motion to Stay Consideration of Defendant's Motion for Summary Judgment, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Federal Bureau of Prisons and the United States Marshals Service shall respond to the plaintiff's motion by August 1, 2008.

SO ORDERED.


Date: _____                    _____
                                                                    United States District Judge