UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK I. ALLMON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Civil Action No. 08-0314 (RMC) |
| : | |
| **FEDERAL BUREAU OF PRISONS,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |

# ORDER

This matter is before the Court on Plaintiff's Motion to Hold In Abeyance Defendants' Motion to Dismiss And/Or For Summary Judgment [Dkt. # 17]. Because Plaintiff has not "show[n] by affidavit that, for specified reasons, [he] cannot present facts essential to justify his opposition," Fed. R. Civ. P. 56(f), his motion and his request for discovery are denied. The Court will allow Plaintiff additional time to supplement his response to Defendants' Motion.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Hold In Abeyance Defendants' Motion to Dismiss And/Or For Summary Judgment [Dkt. #17] is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that Plaintiff shall file a supplement, if any, to his opposition to Defendants' Motion by October 1, 2008.

**SO ORDERED**.

Date:   August 21, 2008                  _____/s/_____
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge