UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Derek I. Allmon

       Plaintiff,

  v.                Civil Action 08-314 (RMC)

Federal Bureau Of Prisons,
et al.

       Defendants.

RECEIVED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Reply To Defendants'
Response To Deny Discovery

   Comes now plaintiff Derek Allmon, pro se of record, and for his reply to defendants' response and unjust request to deny opening of discovery, states as follows:

   1. Discovery is necessary and should be granted in order for Plaintiff to es-

tablish facts in the case in support of his cause of action.

2. Plaintiff also need to establish facts through discovery because the defendants have infringed his constitutional interest and left him with no other alternative means of exercising his constitutional rights.

3. Conducting discovery will help to determine what information if any the defendants have relied on to justify their many adverse decisions.

4. It will substantiate that defendants has relied on erroneous information from "jailhouse" snitches, who are trying to gain favor with the government.

5. Discovery will also show there is unsubstantial evidence, that Plaintiff has committed or attempted to commit any of the negatively accused acts stated in his prison records by defendants.

6. Disclosure will prove that there is no true validity to the information gathered by defendants. And said information is being maintained and utilized solely for malicious purposes.

7. Plaintiff is a pro se litigant who is ignorant to legal law, and needs all available discovery in his efforts of battling a large team of highly educated government lawyers and their investigators.

8. The request for discovery is presented solely in the interests of fundamental fairness and substantial justice. And the request sought herein is meritorious and should be granted.

Respectfully,

*Derek Allmon*
Derek I. Allmon #12579-076
Pro Se Litigant
P.O. Box 8500
Florence, Co. 81226

(3)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2008, a true and correct copy of the foregoing has been served upon counsel for Defendants via United States mail:

Harry B. Roback
U.S. Attorney's Office
Civil Division
555 Fourth St., NW
Washington, DC 20530

/s/ D. Isaac Allmon
D. Isaac Allmon, Sr.

AUG 2 8 2008